UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| LARRY M. ADKISSON,<br>JAMES T. BUCHANAN,<br>JAD MUBARAK,<br>JAMES ROBERTSON,<br>CHARLES DAVIS,<br>TIMMY MCDANIEL, and<br>ALMONDA DUCKWORTH,<br><br>      Plaintiffs,<br><br>v.<br><br>KAREN WELCH,<br>LARENDA D. MCCORMICK,<br>MICHAEL W. PARRIS,<br>LISA HELTON, and<br>BILL LEE,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   No.: 3:22-CV-312-TAV-DCP<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **JUDGMENT ORDER**

For the reasons set forth in the memorandum opinion filed herewith:

1. Plaintiffs' motions for leave to proceed *in forma pauperis* [Docs. 2, 3, 4, 5, 6, 7, 8] are **GRANTED**;

2. Each Plaintiff is **ASSESSED** the civil filing fee of $350.00;

3. The custodian of Plaintiffs' inmate trust accounts is **DIRECTED** to submit the filing fees to the Clerk in the manner set forth in the accompanying memorandum opinion;

4. The Clerk is **DIRECTED** to provide a copy of the memorandum opinion and this judgment order to both the custodian of inmate accounts at the institution where Plaintiffs are now confined and the Court's financial deputy;

5. Even liberally construing the complaint in favor of Plaintiffs, it fails to state a claim upon which relief may be granted under § 1983;

6. Accordingly, this action is **DISMISSED** pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A;

7. Because the Court **CERTIFIED** in the memorandum opinion that any appeal from this order would not be taken in good faith, should any Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24; and

8. The Clerk is **DIRECTED** to **CLOSE** the file.

**ENTER:**

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

   LeAnna R. Wilson
    CLERK OF COURT